# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

TRUSTMARK LIFE INSURANCE                                          PLAINTIFF
COMPANY

v.                              3:19-cv-224-DPM

CARLA WILLIS; CINDY HALL WILLIS, as
next friend and legal guardian of minors
B.R.W. and B.R.W; and NEWT BRASFIELD,
Trustee for the BRW and BRW Trust                                 DEFENDANTS

## ORDER

I recuse. Paul Waddell is on my recusal list. The Clerk must reassign this case at random by chip exchange.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 September 2019