IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**TRUSTMARK LIFE INSURANCE COMPANY**                                                                 **PLAINTIFF**

v.                                          **Case No. 3:19-cv-00224 KGB**

**CARLA WILLIS,** *et al.*                                                                                                      **DEFENDANTS**

**ORDER**

On March 31, 2020, the Court entered an Order granting the motion to deposit interpled funds into the Registry of the Court and for discharge from suit plaintiff Trustmark Life Insurance Company ("Trustmark") and authorizing Trustmark to tender into the Registry of the Court the total amount of $36,500.00 (Dkt. No. 35). Defendants conferred and reached a settlement regarding the competing claims for the remainder of the proceeds of the subject life insurance policy (Dkt. No. 36, ¶ 2). Under the settlement, Carla Willis received $18,250.00; Cindy Hall Willis and Newt Brasfield, as Trustees for B.R.W. and B.R.W., Minors, received $18,250.00 (*Id.*). The Court approved the proposed distribution (Dkt. No. 37). The Registry of the Court disbursed the funds received by Trustmark in the above manner. Accordingly, the Court directs the Clerk of Court to terminate this case based on the parties' settlement.

It is so ordered this 1st day of October, 2020.

*Kristine G. Baker*
_____
Kristine G. Baker
United States District Judge